**MORNINGSTAR HEALTHCARE, LLC, Plaintiff–Appellant,**

v.

**GREYSTONE & CO., INC., Defendant–Appellee.**

No. 07–15552
Non–Argument Calendar.

United States Court of Appeals, Eleventh Circuit.

Oct. 21, 2008.

Mark S. Howard, Mark S. Howard, P.A., Tampa, FL, for Plaintiff–Appellant.

Hala A. Sandridge, John D. Emmanuel, Fowler White Boggs Banker, P.A., Tampa, FL, for Defendant–Appellee.

---

**2.** Boyd's request for oral argument is denied.

Before BLACK, CARNES and BARKETT, Circuit Judges.

PER CURIAM:

This is an appeal from the district court's awarding of fees and costs to Greystone & Co., Inc., when it prevailed on its summary judgment motion in Morningstar Healthcare, LLC's suit against Greystone on a breach of contract claim. Morningstar concedes the order granting fees and costs should be affirmed if its appeal from the granting of summary judgment is unsuccessful. Because we affirmed the district court's summary judgment order in the companion case *Morningstar Healthcare, LLC v. Greystone & Co., Inc.*, 07–14829, the order awarding fees and costs to Greystone is also **AFFIRMED.**